**Michael D. DANIEL, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2006–3291.

United States Court of Appeals, Federal Circuit.

Dec. 29, 2006.

Before SCHALL, Circuit Judge.

ON MOTION

*ORDER*

Upon consideration of Michael D. Daniel's motion for an extension of time and for reconsideration of the court's December 5, 2006 order dismissing his petition for review for failure to file a corrected brief, the corrected brief now having been submitted,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated, the petition for review is reinstated.